UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WAJDI ABDEL RAHMAN HAMDAN
          Plaintiff,
  v.                                      Case No.    07-CV-338

MURTAZA, INC., MAKBUL
SAJAN and HASHAM, INC.,
          Defendants.

## ORDER

On March 18, 2008 the court conducted a telephone status conference with Attorney Robert Haney appearing for the plaintiff and Attorney Othman Atta appearing on behalf of all defendants. The parties informed the court that they have reached a resolution of all pending claims and settlement documents are being drafted for presentation to the court no later than **March 28, 2008.**

NOW THEREFORE IT IS ORDERED, based on the representation of the parties; that future deadlines for discovery are stayed pending a resolution of the case. Attorney Atta shall state in the stipulation to dismiss that he is successor counsel for all defendants.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this <u>18th</u> day of March, 2008.

                                                  BY THE COURT:

                                                  <u>s/AARON E. GOODSTEIN</u>
                                                  United States Magistrate Judge