# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WAJDI ABDEL RAHMAN HAMDAN,
SARI HAMDAN and YASSER ABOHADBA,
         Plaintiffs,

v.                                            Case No. 07-CV-338

MURTAZA, INC., MAKBUL
SAJAN and HASHAM, INC.,
         Defendants.

## ORDER OF DISMISSAL

On April 4, 2008, the plaintiffs filed a motion for an order dismissing this action with prejudice based on a confidential settlement agreement between the parties.

ACCORDINGLY, IT IS ORDERED that this action in its entirety is DISMISSED with prejudice.

Dated at Milwaukee, Wisconsin this <u>7th</u> day of April, 2008.

                                     s/AARON E. GOODSTEIN
                                     U.S. Magistrate Judge